## Township of Madison v. Jesse Gallagher.

1. FREEHOLD—*Highway by Prescription.*—The question as to whether a road exists by prescription involves the determination of a freehold, and no appeal lies to this court.

**Memorandum.**—Appeal from the Circuit Court of Lawrence County; the Hon. SILAS Z. LANDES, Judge, presiding. Heard in this court at the February term, 1894, and dismissed. Opinion filed June 23, 1894.

H. G. MORRIS and McCAULEY & ROWLAND, attorneys for appellant.

J. C. ALLEN and R. B. WITCHER, attorneys for appellee.

MR. PRESIDING JUSTICE SAMPLE DELIVERED THE OPINION OF THE COURT.

The appellant brought this suit against appellee for obstructing a public road, by encroaching upon the same with a fence. The road obstructed is particularly described in the written complaint. The issue of fact was whether there was a road by prescription, and on that issue the finding and judgment was in favor of appellee. The necessary result of this judgment is the determination of a freehold (Chaplin v. Com'rs of Highways, 126 Ill. 264; Town of Brushy Mound v. McClintock, 146 Ill. 643), and therefore this court has no jurisdiction of the appeal. The appeal is dismissed with the right of appellant, if desired, to withdraw record and brief.